```
 1  DOUGLAS J. CLARK, State Bar No. 171499
    (dclark@wsgr.com)
 2  IGNACIO E. SALCEDA, State Bar No. 164017
    (isalceda@wsgr.com)
 3  KYLE A. WOMBOLT, State Bar No. 224603
    (kwombolt@wsgr.com)
 4  WILSON SONSINI GOODRICH & ROSATI
    Professional Corporation
 5  650 Page Mill Road
    Palo Alto, CA 94304-1050
 6  Telephone: (650) 493-9300
    Facsimile:  (650) 565-5100
 7
    Attorneys for Defendants
 8
```

FILED
JUL 0 6 2005
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RONALD BERNHEIM, Individually and On Behalf of All Others Similarly Situated,<br><br>   Plaintiff,<br><br>   v.<br><br>TIBCO SOFTWARE, INC., VIVEK RANADIVÉ, RAJESH MASHRUWALA, SYDNEY CAREY and CHRIS O'MEARA,<br><br>   Defendants. | CASE NO.: C-05-02205 MJJ<br><br>STIPULATION EXTENDING DEFENDANTS' TIME TO MOVE OR OTHERWISE RESPOND TO PLAINTIFF'S COMPLAINT |

Pursuant to Local Rule 6-1, Plaintiff and Defendants Tibco Software, Inc. Vivek Y. Ranadivé, Rajesh Mashruwala, Sydney Carey and Chris O'Meara, by and through their undersigned counsel, hereby stipulate and agree as follows:

1. Unless the parties agree or the Court orders otherwise, the time within which the Defendants may answer, move or otherwise respond to Plaintiff's complaint is hereby extended until after the Court has selected a Lead Plaintiff or Plaintiffs and resolved the issue of which law firm(s) or attorney(s) will be acting as Lead Plaintiff's Counsel in this matter.

STIP EXTENDING DEFS' TIME TO RESPOND          -1-
TO THE COMPLAINT
CASE NO.: C-05-02205 MJJ

Case 4:05-cv-02205-SBA Document 12 Filed 07/06/05 Page 2 of 2

07/05/2005 15:03 FAX 415 477 6710      GREEN WELLING LLP                                    ☒006/006
Case 3:05-cv-02205-MJJ   Document 10   Filed 07/05/2005   Page 2 of 2

1    2.    After the Court designates Lead Plaintiff's Counsel, counsel for Defendants and
2  Lead Plaintiff's Counsel shall confer and agree on a schedule for answering, moving or
3  otherwise responding to Plaintiff's complaint. The parties agree that such schedule will be
4  memorialized in a stipulation and proposed order to be filed with the court.

5  Dated: July 5, 2005                    GREEN WELLING LLP

7                                         By: /s/ Robert S. Green

8                                         Counsel for Plaintiff Ronald Bernheim

9  Dated: July 5, 2005                    WILSON SONSINI GOODRICH & ROSATI
10                                        Professional Corporation

12                                        By:   /s/ Ignacio E. Salceda
                                                Ignacio E. Salceda
13
                                          Counsel for Defendants Tibco Software, Inc., Vivek
14                                        Ranadivé, Rajesh Mashruwala, Sydney Carey and
                                          Chris O'Meara

18                                        **IT IS SO ORDERED**

20                                        _____
                                          MARTIN J. JENKINS
21                                        UNITED STATES DISTRICT JUDGE

22                                              7/6/2005
                                          _____
                                          DATE

28  STIP EXTENDING DEFS' TIME TO RESPOND    -2-
    TO THE COMPLAINT
    CASE NO.: C-05-02205 MJJ