1  DOUGLAS J. CLARK, State Bar No. 171499
   (dclark@wsgr.com)
2  IGNACIO E. SALCEDA, State Bar No. 164017
   (isalceda@wsgr.com)
3  KYLE A. WOMBOLT, State Bar No. 224603
   (kwombolt@wsgr.com)
4  WILSON SONSINI GOODRICH & ROSATI
   Professional Corporation
5  650 Page Mill Road
   Palo Alto, CA 94304-1050
6  Telephone:  (650) 493-9300
   Facsimile:   (650) 565-5100
7
   Attorneys for Defendants
8

9              UNITED STATES DISTRICT COURT

10            NORTHERN DISTRICT OF CALIFORNIA

11

12 LANCE SIEGALL, Individually And          )   CASE NO:  C-05-02146 SBA
   On Behalf of All Others Similarly Situated, )
13                                           )
                  Plaintiff,                 )   STIPULATION AND
14                                           )   ORDER RESCHEDULING CASE
          vs.                                )   MANAGEMENT CONFERENCE
15                                           )
   TIBCO SOFTWARE, INC., VIVEK Y.            )
16 RANADIVE, CHRISTOPHER G. O'MEARA,         )
   SYDNEY CAREY and RAJESH U.                )
17 MASHRUWALA,                               )
                                             )
18            Defendants.                     )
   _____   )
19                                           )
   RONALD BERNHEIM, Individually and         )   CASE NO.: C-05-02205 SBA
20 On Behalf of All Others Similarly Situated, )
                                             )
21                Plaintiff,                  )
                                             )
22        v.                                  )
                                             )
23 TIBCO SOFTWARE, INC., VIVEK               )
   RANADIVÉ, RAJESH MASHRUWALA,              )
24 SYDNEY CAREY and CHRIS O'MEARA,           )
                                             )
25            Defendants.                     )
   _____   )
26

27

28

STIP & [PROP] ORDER RE CMC;                          1
CASE NOS. 05-02146 SBA; 05-02205 SBA; 05-02373
SBA

| | | |
|---|---|---|
| 1 | JAMES J. GUZZETTI, Individually and<br>on Behalf of All Others Similarly Situated, | )  CASE NO.: C-05-02373 SBA |
| 2 | | ) |
| | Plaintiff, | ) |
| 3 | | ) |
| | vs. | ) |
| 4 | | ) |
| | TIBCO SOFTWARE, INC., VIVEK Y. | ) |
| 5 | RANADIVE, CHRISTOPHER G. O'MEARA, | ) |
| | SYDNEY CAREY and RAJESH U. | ) |
| 6 | MASHRUWALA, | ) |
| | | ) |
| 7 | Defendants. | ) |
| 8 | | |

WHEREAS, the Court has scheduled a Case Management Conference on September 22, 2005 at 3:15 p.m., via telephone, in the above matters; and

WHEREAS, a Case Management Statement must be filed and served 10 days prior to the Case Management Conference; and

WHEREAS, a motion has been filed for appointment of a lead plaintiff and to consolidate the above matters, with such motions set to be heard on October 4, 2005 at 1:00 p.m.; and

WHEREAS, it is expected that a consolidated complaint will be filed subsequent to the appointment of a lead plaintiff and resolution of the consolidation motion; and

WHEREAS, the parties believe that a Case Management Conference would be most effective if held subsequent to the time a consolidated complaint is filed;

THEREFORE, it is hereby stipulated and agreed by the parties, subject to the Court's approval, that:

(1)     The Case Management Conference shall be rescheduled to take place after the filing of a consolidated complaint and on such date as the Court hears defendants' motion to dismiss the consolidated complaint, unless otherwise ordered by the Court; and

(2)     The Case Management Statement shall be filed and served 10 days prior to the Case Management Conference.

1    Dated:  September 8, 2005                WILSON SONSINI GOODRICH & ROSATI

2                                            Professional Corporation

3

4                                            By:  ____/s/ Ignacio E. Salceda_____
                                                    Ignacio E. Salceda
5
                                             Attorneys for Defendants
6

7    Dated:  September 8, 2005                MILBERG WEISS BERSHAD
                                             & SCHULMAN LLP
8

9                                            By: /s/ Karen T. Rogers_____
                                                    Karen T. Rogers
10

11                                           Attorneys for Plaintiffs in *Lance Siegall, et al. v.*
                                             *TIBCO Software Inc. et al.*
12

13   Dated:  September 8, 2005                GREEN WELLING LLP

14

15                                           By:  /s/ Avin P. Sharma_____
                                                    Avin P. Sharma
16
                                             Attorneys for Plaintiffs in *Ronald Bernheim, et al.*
17                                           *v. TIBCO Software Inc. et al.*

18
     Dated:  September 8, 2005                SCOTT + SCOTT, LLC
19

20                                           By:  /s/ Arthur L. Shingler III_____
21                                                  Arthur L. Shingler III

22                                           Attorneys for Plaintiffs in *James J Guzzetti, et al. v.*
                                             *TIBCO Software Inc. et al.*
23

24

25

26

27

28

1

**ORDER**

2

PURSUANT TO STIPULATION, IT IS SO ORDERED.

3

4

Dated: _9-12-05_____          _____

5                                                                        SAUNDRA B. ARMSTRONG
                                                             UNITED STATES DISTRICT COURT JUDGE

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28